500

734 A.2d 1276

COMMONWEALTH of Pennsylvania, Appellant,

v.

Nathen E. DILLEN, Sr., Appellee.

Supreme Court of Pennsylvania.

Submitted Aug. 9, 1999.

Decided Sept. 8, 1999.

Mark D. Waitlevertch, Meadville, Paula C. DiGiacomo, Holly B. Brent, Butler, for Com.

M. Dan Mason, Meadville, for Nathan E. Dilen, Sr.

Karl Baker, Philadelphia, Gary Neil Asteak, Easton, for Amicus-Defender Ass'n.

Stefan Presser, Philadelphia, for ACLU.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

Based upon our disposition in *Commonwealth v. Williams,* 557 Pa. 285, 733 A.2d 593 (1999), we affirm the Order of the Crawford County Court of Common Pleas dated March 17, 1998. Furthermore, we remand the matter to the common pleas court for disposition of any remaining issues.

Jurisdiction is relinquished.